FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2020

No. 04-19-00288-CV

**DCP SAND HILLS PIPELINE, LLC**,
Appellant

v.

**SAN MIGUEL ELECTRIC COOPERATIVE, INC.,**
Appellee

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-16-0033-CV-A
Honorable Starr Boldrick Bauer, Judge Presiding

# O R D E R

On September 28, 2020, appellant DCP Sand Hills Pipeline, LLC filed a motion for rehearing. After consideration, we **DENY** the motion.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court